*In re* EVAN BENJAMÍN, JORGE E. CASTRO, RAFAEL COLÓN ASCAR, JOSÉ C. GUTIÉRREZ PRATS, JOSÉ H. MARTÍ FAJARDO, DYANA L. ORTIZ CASTRO, CARMEN REYES CHICANO, RAFAEL RODRÍGUEZ HERNÁNDEZ, HÉCTOR SERRANO MANGUAL, RAÚL TORRES VIERA, OMAR VALLDEJULI, ANTONIO VARGAS ALBERTY, FERNANDO A. VILLAMIL, CARMEN APONTE REYES, REGINALDO BLANCO GÓMEZ, RAFAEL A. DÁVILA RIVERA, RICARDO E. FERNÁNDEZ RUBIO, DAVID E. MARTÍNEZ GONZÁLEZ, KARIMI MIRANDA LABRADOR, CARMEN L. ORTIZ ROSARIO, JULIO RIVERA ALMODÓVAR, RICHARD K. SCOFIELD y MIGUEL VALLDEJULI PELEGRINA.

*Número:* AB-92-90    *Resuelto:* 30 de junio de 1993

*Carmen R. Cintrón Ferrer*, Directora Ejecutiva del Colegio de Abogados de Puerto Rico.

PER CURIAM: Hoy decretamos la suspensión indefinida de varios abogados que no han satisfecho el pago de la cuota de colegiación al Colegio de Abogados de Puerto Rico y que han ignorado nuestros repetidos requerimientos, ordenándoles mostrar causa por la cual no deben ser suspendidos del ejercicio de la profesión legal por razón de tal incumplimiento de ley. Ley Núm. 75 de 2 de julio de 1987, según enmendada, 4 L.P.R.A. sec. 2001 *et seq.*, y Ley Núm. 43 de 14 de mayo de 1932 (4 L.P.R.A. secs. 771–783); *Colegio de Abogados v. Schneider*, 117 D.P.R. 504 (1986); *Schneider v.*

1

*Colegio de Abogados de Puerto Rico*, 682 F. Supp. 674 (D.P.R. 1988), confirmada por el Tribunal Federal de Apelaciones para el Primer Circuito, 917 F.2d 620 (1992).

Tomando en consideración su renuencia injustificada a satisfacer el pago de la cuota de colegiación (*In re Duprey Maese*, 120 D.P.R. 565 (1988); *In re Serrallés III*, 119 D.P.R. 494, 495–496 (1987); *Colegio de Abogados v. Schneider*, supra; *In re Vega González*, 116 D.P.R. 379, 381 (1985)); su indiferencia en responder a las órdenes de este Tribunal, lo cual de por sí conlleva la imposición de sanciones disciplinarias severas (*In re Pérez Benabe*, 133 D.P.R. 361 (1993); *In re Ribas Dominicci I*, 131 D.P.R. 491 (1992); *In re Colón Torres*, 129 D.P.R. 490 (1991); *In re Nicot Santana*, 129 D.P.R. 717 (1992)), y en varios casos su incumplimiento en notificar a este Foro el cambio de dirección postal (4 L.P.R.A. Ap. I-A; *In re Serrallés III*, supra; *In re Fuentes Fernández*, 133 D.P.R. 548 (1993); *In re Ribas Dominicci I*, supra), *se decreta la suspensión indefinida del ejercicio de la abogacía y de la notaría en esta jurisdicción a los abogados siguientes*:

Evan Benjamín
Jorge E. Castro
Rafael Colón Ascar
José C. Gutiérrez Prats
José H. Martí Fajardo
Dyana L. Ortiz Castro
Carmen Reyes Chicano
Rafael Rodríguez Hernández
Héctor Serrano Mangual
Raúl Torres Viera
Omar Valldejuli
Antonio Vargas Alberty
Fernando A. Villamil
Carmen Aponte Reyes
Reginaldo Blanco Gómez
Rafael A. Dávila Rivera
Ricardo E. Fernández Rubio
David E. Martínez González
Karimi Miranda Labrador

Carmen L. Ortiz Rosario
Julio Rivera Almodóvar
Richard K. Scofield
Miguel Valdejuli Pelegrina

*Se ordena al Alguacil General que, con carácter priori-
tario, se incaute de la obra notarial de estos abogados.*

*Se dictará sentencia de conformidad.*